UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA L. O'NEIL,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No. CV-16-014-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendation are ADOPTED IN FULL. The Commissioner's decision is AFFIRMED.

      Dated this 23rd day of June, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Annie Puhrmann
                                      Annie Puhrmann, Deputy Clerk